# EXHIBIT F

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800, EP-TA845, S2MM101



**Title:** POWER SYSTEM WITH POWER CONVERTERS HAVING AN ADAPTIVE CONTROLLER

**Priority Date:** Dec. 01, 2006

**Filed Date:** Feb. 23, 2007

**Issued Date:** Mar. 09, 2010

**Expiration Date:** Aug 06, 2027

**Inventors:** Daniel A. Artusi; Ross Fosler; Allen F. Rozman

**Claims:** 1, 3, 6, & 16

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800

**Claim 1**

A **(CON) power converter** coupled to a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of a **(LD) load** coupled thereto, comprising:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter a **(PCOP) power converter operational state**

as a function of said **(S) signal** indicating said **(OP) system operational state**,

said **(CON) controller further configured to provide** a **(OS) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command,** thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an operating efficiency thereof as a function of said **(OP) system operational state**.

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
| --- | --- |

A **(CON) power converter** **coupled to** a **(PCC) power system controller** configured to receive a **(S) signal** indicating a **(OP) system operational state** of a **(LD) load** coupled thereto, comprising:



IC1 works in conjunction with IC21 and IC22 on the EP-TA800.



| Pin Number DFN-14 | Pin Name | Type | Pin Description |
| --- | --- | --- | --- |
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | V_DD | Power Supply | IC power supply |
| 4 | DET | Analog Input | AC unplug detect |
| 5 | V_BUS | Analog Input/Output | Monitor V_BUS voltage after N-FET switch. |
| 6 | V_BUS_G | Analog Input/Output | Connect to external N-FET gate pin for gate-source voltage control |
| 7 | CC2 | Analog Input/Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020, Note: The citation pertains to only the document excerpt not the schematics or other data.

Preliminary – Subject to Change

3

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

A power converter coupled to a power system controller configured to receive a **(S) signal** indicating a **(OP) system operational state** of a load coupled thereto, comprising:



| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

a **(PS) power switch configured to conduct for** a duty cycle to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and



### 4.5    Configuration Channel (CC)

#### 4.5.1    Architectural Overview

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection.  When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections.  Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*



**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |

a power switch configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an output thereof; and

**OC**                    **OC**                    **OC**



VBUS_OUT=5V, no load      VBUS_OUT=5V, 1A load      VBUS_OUT=5V, 2A load

**OC**                    **OC**                    **OC**

VBUS_OUT=9V, no load      VBUS_OUT=9V, 1A load      VBUS_OUT=9V, 2A load

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |

a power switch configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an output thereof; and



Note: The charger will hold up the VBUS_OUT voltage at ~4.5V under a 3.5A load but the charger shuts down when the load is increased beyond that. This O-scope capture was taken as the charger was going into one of those over-current protection shutdowns when the load was increased to ~3.6A. Immediately after this capture, the VBUS_OUT voltage drops to 0V.

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter a **(PCOP) power converter operational state**



COM          PCOP

| Pin Number | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | GND | Ground | Ground. |
| 2 | DLINK | Analog Input | Digital communication link signal. Used for secondary-side to primary-side communication for all rapid change information, which includes output voltage requests, output current limits, output voltage undershoot, and over-voltage protection. |
| 3 | V$_{SENSE}$ | Analog Input | Auxiliary voltage sense. Used for primary-side regulation and secondary-to-primary communication through main transformer. |
| 4 | CFG | Analog Input | Used for CDC configuration and auxiliary winding open protection. |
| 5 | I$_{SENSE}$ | Analog Input | Primary-side current sense. Used for cycle-by-cycle peak-current control and limit in primary-side CV/CC regulation. |
| 6 | SOURCE | Power Input | Connect to the source of external power MOSFET. Inside the IC, it is connected to internal MOSFET and startup V$_{DD}$ charge circuit. |
| 7 | GATE | Output | Gate drive for external MOSFET switch. |
| 8 | V$_{DD}$ | Power Input | IC power supply. |

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

as a function of said **(S) signal** indicating said **(OP) system operational state**,



IC1 works in conjunction with
IC21 and IC22 on the EP-TA800.

| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS. | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | V_CC | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect. |
| 5 | V_BUS | Analog Input/ Output | Monitor V_BUS voltage after N-FET switch. |
| 6 | V_BUS_G | Analog Input/ Output | Connect to external N-FET gate for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |
| 11 | SD. | Analog Input/ Output | Connect to an external NTC resistor to measure the power adapter temperature. |
| 12 | D- | Analog Input/ Output | USB D- signal. |
| 13 | GND | Ground | Ground. |
| 14 | D+ | Analog Input/ Output | USB D+ signal. |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

as a function of said **(S) signal** indicating said **(OP) system operational state,**



**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |

said **(CON) controller further configured to provide** a **(OS) signal to control** said duty cycle of said **(PS) power switch** as a function of said output characteristic and in accordance with said **(COM) command,**



| Pin Number | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | GND | Ground | Ground. |
| 2 | DLNK | Analog Input | Digital communication link signal. Used for secondary-side to primary-side communication for all rapid charge information, which includes output voltage requests, output current limits, output voltage undershoot, and over-voltage protection. |
| 3 | $V_{SENSE}$ | Analog Input | Auxiliary voltage sense. Used for primary-side regulation and secondary-to-primary communication through main transformer. |
| 4 | CFG | Analog Input | Used for CDC configuration and auxiliary winding open protection. |
| 5 | $I_{SENSE}$ | Analog Input | Primary-side current sense. Used for cycle-by-cycle peak-current control and limit in primary-side CV/CC regulation. |
| 6 | SOURCE | Power Input | Connect the source of external power MOSFET. Inside the IC, it is connected to internal MOSFET and startup $V_{DD}$ charge circuit. |
| 7 | GATE | Output | Gate drive for external MOSFET switch. |
| 8 | $V_{DD}$ | Power Input | IC power supply. |

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |

said controller further configured to provide a signal to control said duty cycle of said power switch as a function of said output characteristic and in accordance with said **(COM) command,**



**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

Claim 1

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



*Note: The charger will hold up the VBUS_OUT voltage at ~4.5V under a 3.5A load but the charger shuts down when the load is increased beyond that. This O-scope capture was taken as the charger was going into one of those over-current protection shutdowns when the load was increased to ~3.6A. Immediately after this capture, the VBUS_OUT voltage drops to 0V.*

Claim 1

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an operating efficiency thereof as a function of said **(OP) system operational state**.

**CON**

iW1791

AC/DC Primary-Side Rapid Charge™ PWM Controller
with High Resolution Voltage/Current Control

**OP**

Dialog's innovative proprietary technology ensures that power supplies designed with the iW1791 and Dialog's secondary-side controllers can provide output voltage configurations of 3V to 20V for USB PD, 5V/9V/12V for QC2.0 and 3.6V to 12V in 200mV increments for QC3.0 and other proprietary protocols.

**IOC**

- Proprietary optimized load adaptive maximum constant frequency PWM switching with quasi-resonant operation achieves best size, efficiency, and common mode noise

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 |
|---|

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

thereby regulating an internal operating characteristic of said power converter to **(EFF) improve an operating efficiency** thereof as a function of said **(OP) system operational state**.

**OP**                                                                                           **EFF**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **EP-TA800 (5V testing)** | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.008 | 0.000 | 5.120 | 0.000 | 0.000 | 0.000 | |
| | 0.011 | 0.412 | 5.110 | 0.020 | 0.102 | 0.148 | 0.359 |
| | 0.021 | 0.800 | 5.100 | 0.100 | 0.510 | 0.522 | 0.653 |
| | 0.062 | 2.990 | 5.080 | 0.500 | 2.540 | 2.595 | 0.868 |
| | 0.101 | 5.550 | 5.070 | 1.000 | 5.070 | 5.109 | 0.921 |
| | 0.148 | 8.635 | 5.020 | 1.500 | 7.530 | 7.542 | 0.873 |
| | 0.185 | 11.240 | 5.000 | 2.000 | 10.000 | 9.983 | 0.888 |
| | 0.222 | 14.130 | 4.980 | 2.500 | 12.450 | 12.560 | 0.889 |
| | | | | | | | |
| | | | | | | | |
| | | | **EP-TA800 (9V testing)** | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.015 | 0.554 | 9.140 | 0.000 | 0.000 | 0.000 | |
| | 0.022 | 0.858 | 9.130 | 0.020 | 0.183 | 0.266 | 0.310 |
| | 0.035 | 1.521 | 9.130 | 0.100 | 0.913 | 0.933 | 0.613 |
| | 0.099 | 5.399 | 9.100 | 0.500 | 4.550 | 4.650 | 0.861 |
| | 0.171 | 10.210 | 9.090 | 1.000 | 9.090 | 9.152 | 0.896 |
| | 0.241 | 15.230 | 9.080 | 1.500 | 13.620 | 13.640 | 0.896 |
| | 0.305 | 19.670 | 9.000 | 2.000 | 18.000 | 18.060 | 0.918 |
| | 0.375 | 24.830 | 8.990 | 2.500 | 22.475 | 22.680 | 0.913 |
| | 0.437 | 30.450 | 8.970 | 3.000 | 26.910 | 27.035 | 0.888 |

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800

---

**Claim 3**

The power converter as recited in claim 1 wherein said **(PCC) power system controller** is configured to receive a **(DET) signal** indicating a **(STAT) power converter status** of said **(CON) power converter**,

said **(PCOP) power converter operational state** being a function of said **(STAT) power converter status**.

---

| Claim 3 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

The power converter as recited in claim 1 wherein said **(PCC) power system controller** is configured to receive a **(DET) signal** indicating a **(STAT) power converter status** of said **(CON) power converter**,



| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | $V_{CC}$ | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect. |
| 5 | $V_{BUS}$ | Analog Input/ Output | Monitor $V_{BUS}$ voltage after N-FET switch. |
| 6 | $V_{BUS\_G}$ | Analog Input/ Output | Connect to external N-FET gate pin for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0

| Claim 3 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

said **(PCOP) power converter operational state** being a function of said **(STAT) power converter status**.

| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | V_CC | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect.   **STAT** / **PCOP** |
| 5 | V_BUS | Analog Input/ Output | Monitor V_BUS voltage after N-FET switch. |
| 6 | V_BUS_G | Analog Input/ Output | Connect to external N-FET gate pin for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |

**Note:** If an AC unplug detect is observed the **(PCOP) of the system is unpowered.**

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020

Preliminary – Subject to Change

19

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800

**Claim 6**

A **(SYS) power system** coupled to a **(LD) load**, comprising:

a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and

to select a **(PCOP) power converter operational state** as a function thereof; and

a **(CON) power converter**, including:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof, and

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter said **(PCOP) power converter operational state** and

to provide a **(S) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**,

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to **(EFF) improve an operating efficiency thereof** as a function of said **(OP) system operational state**.

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |

A **(SYS) power system** coupled to a **(LD) load**, comprising:





IC1 works in conjunction with IC21 and IC22 on the EP-TA800.

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

a **(PCC) power system controller** configured to receive a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and



IC1 works in conjunction with IC21 and IC22 on the EP-TA800.



**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | $V_{CC}$ | Power Supply | IC power supply |
| 4 | DET | Analog Input | AC unplug detect |
| 5 | $V_{BUS}$ | Analog Input/Output | Monitor $V_{BUS}$ voltage after N-FET switch. |
| 6 | $V_{BUS\_D}$ | Analog Input/Output | Connect to external N-FET gate pin for gate-source voltage control |
| 7 | CC2 | Analog Input/Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor) |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor) |

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

a power system controller configured to receive a **(S) signal** indicating a **(OP) system operational state** of said load and



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

to select a **(PCOP) power converter operational state** as a function thereof; and



## PCOP

| Pin Number | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | GND | Ground | Ground. |
| 2 | DLNK | Analog Input | Digital communication link signal. Used for secondary-side to primary-side communication for all rapid change information, which includes output voltage requests, output current limits, output voltage undershoot, and over-voltage protection. |
| 3 | V$_{SENSE}$ | Analog Input | Auxiliary voltage sense. Used for primary-side regulation and secondary-to-primary communication through main transformer. |
| 4 | CFG | Analog Input | Used for CDC configuration and auxiliary winding open protection. |
| 5 | I$_{SENSE}$ | Analog Input | Primary-side current sense. Used for cycle-by-cycle peak-current control and limit in primary-side CV/CC regulation. |
| 6 | SOURCE | Power Input | Connect to the source of external power MOSFET. Inside the IC, it is connected to internal MOSFET and startup V$_{DD}$ charge circuit. |
| 7 | GATE | Output | Gate drive for external MOSFET switch. |
| 8 | V$_{DD}$ | Power Input | IC power supply. |

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |

a **(CON) power converter**, including:



IC1 works in conjunction with
IC21 and IC22 on the EP-TA800.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

a **(PS) power switch configured to conduct for** a duty cycle to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof, and



### 4.5    Configuration Channel (CC)

#### 4.5.1    Architectural Overview

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection. When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections. Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*



**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spee%20R2.0%20-%20August%202019.pdf, Note: The citation pertains to only the document excerpt not the schematics or other data.

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

| Claim 6 |
| --- |

a power switch configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an output thereof; and

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
| --- | --- |

a power switch configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an output thereof, and






*Note: The charger will hold up the VBUS_OUT voltage at ~4.5V under a 3.5A load but the charger shuts down when the load is increased beyond that. This O-scope capture was taken as the charger was going into one of those over-current protection shutdowns when the load was increased to ~3.6A. Immediately after this capture, the VBUS_OUT voltage drops to 0V.*

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter said **(PCOP) power converter operational state** and



| Pin Number | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | GND | Ground | Ground. |
| 2 | DLNK | Analog Input | Digital communication link signal. Used for secondary-side to primary-side communication for all rapid change information, which includes output voltage requests, output current limits, output voltage undershoot, and over-voltage protection. |
| 3 | V$_{SENSE}$ | Analog Input | Auxiliary voltage sense. Used for primary-side regulation and secondary-to-primary communication through main transformer. |
| 4 | CFG | Analog Input | Used for CDC configuration and auxiliary winding open protection. |
| 5 | I$_{SENSE}$ | Analog Input | Primary-side current sense. Used for cycle-by-cycle peak-current control and limit in primary-side CV/CC regulation. |
| 6 | SOURCE | Power Input | Connect to the source of external power MOSFET. Inside the IC, it is connected to internal MOSFET and startup V$_{DD}$ charge circuit. |
| 7 | GATE | Output | Gate drive for external MOSFET switch. |
| 8 | V$_{DD}$ | Power Input | IC power supply. |

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

to provide a **(OS) signal to control** said duty cycle of said **(PS) power switch** as a function of said output characteristic and in accordance with said **(COM) command**,



| Pin Number | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | GND | Ground | Ground. |
| 2 | DLNK | Analog Input | Digital communication link signal. Used for secondary-side to primary-side communication for all rapid change information, which includes output voltage requests, output current limits, output voltage undershoot, and over-voltage protection. |
| 3 | V$_{SENSE}$ | Analog Input | Auxiliary voltage sense. Used for primary-side regulation and secondary-to-primary communication through main transformer. |
| 4 | CFG | Analog Input | Used for CDC configuration and auxiliary winding open protection. |
| 5 | I$_{SENSE}$ | Analog Input | Primary-side current sense. Used for cycle-by-cycle peak-current control and limit in primary-side CV/CC regulation. |
| 6 | SOURCE | Power Input | Connect the source of external power MOSFET. Inside the IC, it is connected to internal MOSFET and startup V$_{DD}$ charge circuit. |
| 7 | GATE | Output | Gate drive for external MOSFET switch. |
| 8 | V$_{DD}$ | Power Input | IC power supply. |

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |
|---|---|

to provide a signal to control said duty cycle of said power switch as a function of said output characteristic and in accordance with said **(COM) command**,



**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

Claim 6

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 6 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800** |
|---|---|

to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with command,

**OC**
VBUS_OUT= 5V, no load



VBUS_OUT= 5V, 1A load **OC**



VBUS_OUT= 5V, ~3.6A load **OC**



*Note: The charger will hold up the VBUS_OUT voltage at ~4.5V under a 3.5A load but the charger shuts down when the load is increased beyond that. This O-scope capture was taken as the charger was going into one of those over-current protection shutdowns when the load was increased to ~3.6A. Immediately after this capture, the VBUS_OUT voltage drops to 0V.*

| Claim 6 |

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800**

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** improve an operating efficiency thereof  as a function of said **(OP) system operational state**.

**CON**

iW1791

AC/DC Primary-Side Rapid Charge™ PWM Controller with High Resolution Voltage/Current Control

**OP**

Dialog's innovative proprietary technology ensures that power supplies designed with the iW1791 and Dialog's secondary-side controllers can provide output voltage configurations of 3V to 20V for USB PD, 5V/9V/12V for QC2.0 and 3.6V to 12V in 200mV increments for QC3.0 and other proprietary protocols.

**IOC**

- Proprietary optimized load adaptive maximum constant frequency PWM switching with quasi-resonant operation achieves best size, efficiency, and common mode noise

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA800 |

thereby regulating an internal operating characteristic of said power converter to **(EFF) improve an operating efficiency** thereof as a function of said **(OP) system operational state**.

**OP**                                                                                    **EFF**

| EP-TA800 (5V testing) | | | | | | | |
|---|---|---|---|---|---|---|---|
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.008 | 0.000 | 5.120 | 0.000 | 0.000 | 0.000 | |
| | 0.011 | 0.412 | 5.110 | 0.020 | 0.102 | 0.148 | **0.359** |
| | 0.021 | 0.800 | 5.100 | 0.100 | 0.510 | 0.522 | **0.653** |
| | 0.062 | 2.990 | 5.080 | 0.500 | 2.540 | 2.595 | **0.868** |
| | 0.101 | 5.550 | 5.070 | 1.000 | 5.070 | 5.109 | **0.921** |
| | 0.148 | 8.635 | 5.020 | 1.500 | 7.530 | 7.542 | **0.873** |
| | 0.185 | 11.240 | 5.000 | 2.000 | 10.000 | 9.983 | **0.888** |
| | 0.222 | 14.130 | 4.980 | 2.500 | 12.450 | 12.560 | **0.889** |
| | | | | | | | |
| | | | | | | | |
| EP-TA800 (9V testing) | | | | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.015 | 0.554 | 9.140 | 0.000 | 0.000 | 0.000 | |
| | 0.022 | 0.858 | 9.130 | 0.020 | 0.183 | 0.266 | **0.310** |
| | 0.035 | 1.521 | 9.130 | 0.100 | 0.913 | 0.933 | **0.613** |
| | 0.099 | 5.399 | 9.100 | 0.500 | 4.550 | 4.650 | **0.861** |
| | 0.171 | 10.210 | 9.090 | 1.000 | 9.090 | 9.152 | **0.896** |
| | 0.241 | 15.230 | 9.080 | 1.500 | 13.620 | 13.640 | **0.896** |
| | 0.305 | 19.670 | 9.000 | 2.000 | 18.000 | 18.060 | **0.918** |
| | 0.375 | 24.830 | 8.990 | 2.500 | 22.475 | 22.680 | **0.913** |
| | 0.437 | 30.450 | 8.970 | 3.000 | 26.910 | 27.035 | **0.888** |

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845

---

**Claim 1**

A **(PC) power converter** coupled to a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of a **(LD) load** coupled thereto, comprising:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter a **(PCOP) power converter operational state**

as a function of said **(S) signal** indicating said **(OP) system operational state,**

said **(CON) controller further configured to provide** a **(OS) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command,** thereby regulating an **(IOC) internal operating characteristic** of said **(PC) power converter** to improve an operating efficiency thereof as a function of said **(OP) system operational state.**

---

| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

A **(PC) power converter** coupled to a power system controller configured to receive a signal indicating a system operational state of a **(LD) load** coupled thereto, comprising:



| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

A power converter coupled to a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of a **(LD) load** coupled thereto, comprising:



| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

A power converter coupled to a power system controller configured to receive a **(S) signal** indicating a **(OP) system operational state** of a load coupled thereto, comprising:



| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845** |
|---|---|

a **(PS) power switch configured to conduct for** a duty cycle to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof; and



**4.5     Configuration Channel (CC)**

**4.5.1    Architectural Overview**

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection.  When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections.  Functionally, the configuration channel is used to serve the following purposes.

• Detect attach of USB ports, e.g. a Source to a Sink
• Resolve cable orientation and twist connections to establish USB data bus routing
• Establish data roles between two attached ports
• Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*

**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spee%20R2.0%20-%20August%202019.pdf, Note: The citation pertains to only the document excerpt not the schematics or other data.

Claim 1

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845**

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an output thereof; and



| Claim 1 | **Exhibit F – U.S. Patent No. 7,675,759 – Samsung EP-TA845** |

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an output thereof; and



| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter a **(PCOP) power converter operational state**



| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845** |
|---|---|

as a function of said **(S) signal** indicating said **(OP) system operational state,**



**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

**Highly Integrated, Compact Footprint**
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range

| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

as a function of said **(S) signal** indicating said **(OP) system operational state,**



Claim 1

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845**

said **(CON) controller further configured to provide** a **(OS) signal to control** said duty cycle of said **(PS) power switch** as a function of said output characteristic and in accordance with said **(COM) command,**



**Claim 1**

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845**

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 1 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845** |
|---|---|

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 1 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |

thereby regulating an **(IOC) internal operating characteristic** of said **(PC) power converter** to improve an operating efficiency thereof as a function of said **(OP) system operational state**.



CON

**Highly Integrated, Compact Footprint**

OP

IOC

- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range
- Integrated FluxLink™, HIPOT-isolated, feedback link
- Instantaneous transient response
- Drives low-cost N-channel FET series load switch
- Integrated 3.6 V supply for external MCU

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 |
|---|

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845**

thereby regulating an internal operating characteristic of said power converter to **(EFF) improve an operating efficiency** thereof as a function of said **(OP) system operational state**.

**OP**          **EFF**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **EP-TA845 (5v testing)** | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | **Efficiency** |
| | 0.008 | 0.000 | 5.040 | 0.000 | 0.000 | 0.000 | |
| | 0.011 | 0.346 | 5.040 | 0.020 | 0.101 | 0.146 | **0.422** |
| | 0.021 | 0.745 | 5.040 | 0.100 | 0.504 | 0.513 | **0.689** |
| | 0.063 | 2.886 | 5.010 | 0.500 | 2.505 | 2.554 | **0.885** |
| | 0.106 | 5.472 | 4.970 | 1.000 | 4.970 | 4.995 | **0.913** |
| | 0.165 | 8.330 | 4.920 | 1.500 | 7.380 | 7.432 | **0.892** |
| | 0.194 | 11.040 | 4.920 | 2.000 | 9.840 | 9.860 | **0.893** |
| | 0.233 | 13.760 | 4.850 | 2.500 | 12.125 | 12.290 | **0.893** |
| | | | | | | | |
| | | | | | | | |
| | | | **EP-TA845 (9V testing)** | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | **Efficiency** |
| | 0.015 | 0.508 | 8.990 | 0.000 | 0.000 | 0.000 | |
| | 0.021 | 0.732 | 8.990 | 0.020 | 0.180 | 0.261 | **0.357** |
| | 0.036 | 1.415 | 8.970 | 0.100 | 0.897 | 0.916 | **0.647** |
| | 0.108 | 5.206 | 8.940 | 0.500 | 4.470 | 4.570 | **0.878** |
| | 0.193 | 9.804 | 8.910 | 1.000 | 8.910 | 9.030 | **0.921** |
| | 0.247 | 14.570 | 8.840 | 1.500 | 13.260 | 13.270 | **0.911** |
| | 0.314 | 19.410 | 8.820 | 2.000 | 17.640 | 17.640 | **0.909** |
| | 0.381 | 24.100 | 8.740 | 2.500 | 21.850 | 21.860 | **0.907** |
| | 0.441 | 28.730 | 8.710 | 3.000 | 26.130 | 26.110 | **0.909** |

Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845

**Claim 6**

A **(SYS) power system** coupled to a **(LD) load**, comprising:

a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and

to select a **(PCOP) power converter operational state** as a function thereof; and

a **(CON) power converter**, including:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof, and

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter said **(PCOP) power converter operational state** and

to provide a **(S) signal to control** said **(DC) duty cycle** of said **(PS) power switch** as a function of said **(OC) output characteristic** and in accordance with said **(COM) command**,

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to **(EFF) improve an operating efficiency thereof** as a function of said **(OP) system operational state**.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

A **(SYS) power system** coupled to a **(LD) load**, comprising:



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

a **(PCC) power system controller configured to receive** a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load** and



**Highly Integrated, Compact Footprint**
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---------|----------------------------------------------------------|

a power system controller configured to receive a **(S) signal** indicating a **(OP) system operational state** of said load and



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

to select a **(PCOP) power converter operational state** as a function thereof; and



**PCOP**

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

a **(CON) power converter**, including:



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---------|---------------------------------------------------------|

a **(PS) power switch configured to conduct for** a duty cycle to provide a **(OC) regulated output characteristic** at an **(OUT) output** thereof, and



**4.5      Configuration Channel (CC)**

**4.5.1      Architectural Overview**

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection. When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections. Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or _USB Power Delivery_

**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spee%20R2.0%20-%20August%202019.pdf, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

a power switch configured to conduct for a **(DC) duty cycle** to provide a **(OC) regulated output characteristic** at an output thereof, and



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
| --- | --- |

a **(CON) controller configured to receive** a **(COM) command** from said **(PCC) power system controller** to enter said **(PCOP) power converter operational state** and



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
| --- | --- |

to provide a **(OS) signal to control** said duty cycle of said **(PS) power switch** as a function of said output characteristic and in accordance with said **(COM) command**,



Claim 6

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845**

said controller further configured to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |

to provide a signal to control said **(DC) duty cycle** of said power switch as a function of said **(OC) output characteristic** and in accordance with said command,



| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an operating efficiency thereof  as a function of said **(OP) system operational state**.



**CON**

**OP**

**IOC**

### Highly Integrated, Compact Footprint
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range
- Integrated FluxLink™, HIPOT-isolated, feedback link
- Instantaneous transient response
- Drives low-cost N-channel FET series load switch
- Integrated 3.6 V supply for external MCU

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 6 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung EP-TA845 |
|---|---|

thereby regulating an internal operating characteristic of said power converter to **(EFF) improve an operating efficiency** thereof as a function of said **(OP) system operational state**.

**OP**                                                                **EFF**

| | | | EP-TA845 (5v testing) | | | | |
|---|---|---|---|---|---|---|---|
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.008 | 0.000 | 5.040 | 0.000 | 0.000 | 0.000 | |
| | 0.011 | 0.346 | 5.040 | 0.020 | 0.101 | 0.146 | 0.422 |
| | 0.021 | 0.745 | 5.040 | 0.100 | 0.504 | 0.513 | 0.689 |
| | 0.063 | 2.886 | 5.010 | 0.500 | 2.505 | 2.554 | 0.885 |
| | 0.106 | 5.472 | 4.970 | 1.000 | 4.970 | 4.995 | 0.913 |
| | 0.165 | 8.330 | 4.920 | 1.500 | 7.380 | 7.432 | 0.892 |
| | 0.194 | 11.040 | 4.920 | 2.000 | 9.840 | 9.860 | 0.893 |
| | 0.233 | 13.760 | 4.850 | 2.500 | 12.125 | 12.290 | 0.893 |
| | | | | | | | |
| | | | | | | | |
| | | | EP-TA845 (9V testing) | | | | |
| vin | I_in (A) | meas_W_in | V_out | I_out (A) | calc_W_out | meas_W_out | Efficiency |
| | 0.015 | 0.508 | 8.990 | 0.000 | 0.000 | 0.000 | |
| | 0.021 | 0.732 | 8.990 | 0.020 | 0.180 | 0.261 | 0.357 |
| | 0.036 | 1.415 | 8.970 | 0.100 | 0.897 | 0.916 | 0.647 |
| | 0.108 | 5.206 | 8.940 | 0.500 | 4.470 | 4.570 | 0.878 |
| | 0.193 | 9.804 | 8.910 | 1.000 | 8.910 | 9.030 | 0.921 |
| | 0.247 | 14.570 | 8.840 | 1.500 | 13.260 | 13.270 | 0.911 |
| | 0.314 | 19.410 | 8.820 | 2.000 | 17.640 | 17.640 | 0.909 |
| | 0.381 | 24.100 | 8.740 | 2.500 | 21.850 | 21.860 | 0.907 |
| | 0.441 | 28.730 | 8.710 | 3.000 | 26.130 | 26.110 | 0.909 |

Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101

**Claim 16**

A method of operating a **(SYS) power system** coupled to a **(LD) load**, comprising:

receiving a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load**;

generating a **(PCOP) power converter operational state** as a function of said **(OP) system operational state**;

inducing a **(CON) power converter** to enter said **(PCOP) power converter operational state**; and

providing a **(OS) signal to control** a **(DC) duty cycle** of a **(PS) power switch** of said **(CON) power converter** as a function of an **(OC) output characteristic** thereof and in accordance with said **(PCOP) power converter operational state**,

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**.

| Claim 16 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101 |
|---|---|

A method of operating a **(SYS) power system** coupled to a **(LD) load**, comprising:



| Claim 16 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101** |
|---|---|

receiving a **(S) signal** indicating a **(OP) system operational state** of said **(LD) load**;



**Table 3-5  USB Type-C Receptacle Interface Pin Assignments for USB 2.0-only Support**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | | | | B11 | | | |
| A3 | | | | B10 | | | |
| A4 | Vbus | Bus Power | First | B9 | Vbus | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the *USB 2.0* differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the *USB 2.0* differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the *USB 2.0* differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the *USB 2.0* differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | Vbus | Bus Power | First | B4 | Vbus | Bus Power | First |
| A10 | | | | B3 | | | |
| A11 | | | | B2 | | | |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

**Table 4-10  Source Perspective**

| CC1 | CC2 | State | Position |
|---|---|---|---|
| Open | Open | Nothing attached | N/A |
| Rd | Open | Sink attached | ① |
| Open | Rd | | ② |
| Open | Ra | Powered cable without Sink attached | ① |
| Ra | Open | | ② |
| Rd | Ra | Powered cable with Sink, Vconn-Powered Accessory (VPA), or Vconn-Powered USB Device (VPD) attached | ① |
| Ra | Rd | | ② |
| Rd | Rd | Debug Accessory Mode attached (Appendix B) | N/A |
| Ra | Ra | Audio Adapter Accessory Mode attached (Appendix A) | N/A |

**Highly Integrated, Compact Footprint** **OP**
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019

| Claim 16 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101 |
| --- | --- |

generating a **(PCOP) power converter operational state** as a function of said **(OP) system operational state**;



| Claim 16 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101** |
|---|---|

inducing a **(CON) power converter** to enter said **(PCOP) power converter operational state**; and



VBUS_OUT = 5V (no load), then transitions to 9V (no load)

Pin 24 (Drain) of IC1

CC1

This burst of data was fed to CC1 by the external PD3.0 emulator, immediately after pressing its trigger button that sends the charger a request for 9V output at VBUS_OUT.

CC2

VBUS_OUT

PCOP

Shown at 20ms/div scale in order to capture the entire transition from 5V to 9V at VBUS_OUT.

**CON**

SAMSUNG
TRAVEL ADAPTER
ADAPTATEUR DE VOYAGE
MODEL /MODÈLE : EP-TA845
INPUT /ENTRÉE : 100-240 V ~ 50-60 Hz 1.2 A
OUTPUT/SORTIE :
(PDO) 5.0 V = 3.0 A or 9.0 V = 3.35 A
or 15.0 V = 3.0 A or 20.0 V = 2.25 A
(PPS) _____ A
or 3.3-21.0 V = 2.1 A

RISK OF ELECTRIC SHOCK / RISQUE DE CHOC ÉLECTRIQUE
S/N : PI37N3SAO9PIDK3
MADE IN VIETNAM / FABRIQUÉ AU VIETNAM

**PCOP**

Claim 16

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101**

providing a **(OS) signal to control** a **(DC) duty cycle** of a **(PS) power switch** of said **(CON) power converter**

**CON**

Claim 16

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101**

providing a **(COM) signal** to control a **(DC) duty cycle** of a **(PS) power switch** of said **(CON) power converter**



Claim 16

**Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101**

as a function of an **(OC) output characteristic** thereof and in accordance with said **(PCOP) power converter operational state,**



| Claim 16 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101 |
|---|---|

as a function of an **(OC) output characteristic** thereof and in accordance with said **(PCOP) power converter operational state** ,



| Claim 16 | Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101 |

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**.



**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | **Exhibit F - U.S. Patent No. 7,675,759 – Samsung S2MM101** |
|---|---|

thereby regulating an **(IOC) internal operating characteristic** of said **(CON) power converter** to improve an **(EFF) operating efficiency** thereof as a function of said **(OP) system operational state**.



**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.