# EXHIBIT G

**Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12, EP-TA800, EP-TA845**



**Title:** INTEGRATED POWER CONVERTERS

**Priority Date:** Aug. 03, 2007

**Filed Date:** Aug. 04, 2008

**Issued Date:** Jul. 12, 2011

**Expiration Date:** Nov, 10, 2029

**Inventors:** Mark Telefus; Bahman Sharifipour; Rowell Gapuz; Richard Sy; HongWei Du; Bob Roohparvar

**Claims:** 43, 53, 54, 60

Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12

**Claim 43**

A **(PC) power supply adapter** comprising:

a **(SPS) power converter circuit configured to generate a regulated voltage signal, the power converter circuit** including,

a **(RECT) rectifier coupled with (ACB) ac power blades**;

a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;

a **(XFM) transformer coupled with** the **(REG) regulator circuit**,

the **(XFM) transformer including a (XP) primary** and a **(XS) secondary**,

the **(XFM) transformer being coupled with the (REG) regulator circuit** via the **(XP) primary**; and

a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and **(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.

**Claim 53**

The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.

**Claim 54**

The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.

**Claim 60**

The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.

| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |

A **(PC) power supply adapter** comprising:





| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |
|---|---|

a **(SPS) power converter circuit configured to generate a regulated voltage signal, the power converter circuit** including,

**SPS**





**Regulated Voltage Signal**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12 |
|---|---|

a **(RECT) rectifier coupled with** **(ACB) ac power blades**;



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12 |
| --- | --- |

a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12 |
|---|---|

a **(XFM) transformer coupled with** the **(REG) regulator circuit,**



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12 |
| --- | --- |

the **(XFM) transformer including a (XP) primary and a (XS) secondary,**



| Claim 43 |

**Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12**

the **(XFM) transformer being coupled with** the **(REG) regulator circuit** via the **(XP) primary**; and



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12 |
|---|---|

a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and

**PCBs**



**FLXC**

**FLXC**



**FLXC**

**FLXC**

**Potentially, literally and equivalently present.**

| Claim 43 |
|---|

**Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12**

**(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.




| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |
| --- | --- |

**(FLXC) flexibly biased to couple with** a proximate end of the ac power blades.



FLXC

| Claim 53 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |

The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.



| Claim 54 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |
|---|---|

The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.



| Claim 60 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA12** |

The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.





Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800

**Claim 43**
A **(CON) power supply adapter** comprising:
a **(SPS) power converter circuit configured to generate a regulated voltage signal, the power converter circuit** including,
a **(RECT) rectifier coupled with (ACB) ac power blades**;
a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;
a **(XFM) transformer coupled with** the **(REG) regulator circuit**,
the **(XFM) transformer including a (XP) primary** and a **(XS) secondary**,
the **(XFM) transformer being coupled with the (REG) regulator circuit** via the **(XP) primary**; and
a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and **(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.

**Claim 53**
The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.

**Claim 54**
The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.

**Claim 60**
The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
|---|---|

A **(CON) power supply adapter** comprising:



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
|---|---|

a **(SPS)** power converter circuit configured to generate a regulated voltage signal, the power converter circuit including,

**SPS**





Regulated Voltage Signal

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
|---|---|

a **(RECT) rectifier coupled with** **(ACB) ac power blades**;

**ACB**   **RECT**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
| --- | --- |

a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;

**RECT**          **REG**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
|---|---|

a **(XFM) transformer** coupled with the **(REG) regulator circuit**,

**REG**



**XFM**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
| --- | --- |

the **(XFM) transformer including** a **(XP) primary** and a **(XS) secondary**,



| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800** |

the **(XFM) transformer being coupled with** the **(REG) regulator circuit** via the **(XP) primary**; and

| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800** |
| --- | --- |

a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and





**Potentially, literally and equivalently present.**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
|---|---|

**(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.




| Claim 43 |

**Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800**

**(FLXC) flexibly biased to couple with** a proximate end of the ac power blades.



**FLXC**

| Claim 53 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |
| --- | --- |

The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.

**FLXC**



**FLXC**

| Claim 54 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800 |

The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.



| Claim 60 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA800** |
|---|---|

The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.





Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845

---

**Claim 43**

A **(PC) power supply adapter** comprising:

a **(SPS) power converter circuit configured to generate a regulated voltage signal, the power converter circuit** including,

a **(RECT) rectifier coupled with** **(ACB) ac power blades**;

a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;

a **(XFM) transformer coupled with** the **(REG) regulator circuit**,

the **(XFM) transformer including a** **(XP) primary** and a **(XS) secondary**,

the **(XFM) transformer being coupled with the** **(REG) regulator circuit** via the **(XP) primary**; and

a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and **(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.


**Claim 53**

The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.


**Claim 54**

The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.


**Claim 60**

The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.

---

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

A **(PC) power supply adapter** comprising:



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

a **(SPS) power converter circuit configured to generate a regulated voltage signal, the power converter circuit** including,

**SPS**





Regulated Voltage Signal

| Claim 43 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845** |
|---|---|

a **(RECT) rectifier coupled with** **(ACB) ac power blades**;

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

a **(REG) regulator circuit coupled with** the **(RECT) rectifier**;



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

a **(XFM) transformer** coupled with the **(REG) regulator circuit**,

XFM   REG



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

the **(XFM) transformer including** a **(XP) primary** and a **(XS) secondary**,



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
| --- | --- |

the **(XFM) transformer being coupled with** the **(REG) regulator circuit** via the **(XP) primary**; and

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |

a **(FLXC) flexible contact coupled with each of a (PCBs) first and a second printed circuit board** and



**Potentially, literally and equivalently present.**

| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

**(FLXC) flexibly biased to couple with** a **proximate end of the (ACB) ac power blades**.



| Claim 43 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

**(FLXC) flexibly biased to couple with** a proximate end of the ac power blades.



FLXC

| Claim 53 | Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845 |
|---|---|

The adapter of claim 43, wherein the **(FLXC) flexible contact comprises a metallic conductor**.



| Claim 54 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845** |
|---|---|

The adapter of claim 43, wherein the **(FLXC) flexible contact is configured to electrically couple an AC power source** from the **(ACB) ac power blades** to the **(SPS) power converter circuit**.



| Claim 60 | **Exhibit G - U.S. Patent No. 7,978,489 – Samsung EP-TA845** |
| --- | --- |

The adapter of claim 43, wherein the **(USB) connector receptacle comprises a universal serial bus (USB) connector receptacle**.

**USB**



