# EXHIBIT H

Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800, EP-TA845, S2MM101



**Title:** POWER SYSTEM WITH POWER CON VERTERS HAVING AN ADAPTIVE CONTROLLER

**Priority Date:** Dec. 01, 2006

**Filed Date:** Feb. 22, 2010

**Issued Date:** Jul. 02, 2013

**Expiration Date:** Dec. 01, 2026

**Inventors:** Daniel A. Artusi; Ross Fosler; Allen F. Rozman

**Claims:** 1, 5, & 16

Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800

**Claim 1**

A **(CON) power converter** coupled to a **(LD) load**, comprising:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output**; and

a **(PCC) power converter controller configured to receive** a **(S) signal** from said **(LD) load** indicating a **(OP) system operational state** of said **(LD) load** and

control an **(IOC) internal operating characteristic** of said **(CON) power converter** as a function of said **(S) signal**.

**Claim 5**

The **(CON) power converter** as recited in claim 1 wherein said **(IOC) internal operating characteristic** is selected from the group consisting of:

a gate drive voltage level of said power switch of said power converter, a switching frequency of said power converter, and an **(VBUS) internal direct current bus voltage** of said **(CON) power converter**.

| Claim 1 | | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800 |
|---|---|---|

A **(CON) power converter** *coupled to* a **(LD) load**, comprising:



| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800 |
|---|---|

a **(PS) power switch configured to conduct for** a duty cycle to provide an **(OC) output characteristic** at an **(OUT) output**; and



### 4.5   Configuration Channel (CC)

#### 4.5.1   Architectural Overview

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection.  When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections.  Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports
- Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*

**OC**



**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf,  Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800 |
|---|---|

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an output; and



| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800 |
|---|---|

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an output; and

**OC**
VBUS_OUT= 5V, no load



**OC** VBUS_OUT= 5V, 3A load   **OC** VBUS_OUT= 5V, 3.5A load   **OC** VBUS_OUT= 5V, ~3.6A load



*Note: The charger will hold up the VBUS_OUT voltage at ~4.5V under a 3.5A load but the charger shuts down when the load is increased beyond that. This O-scope capture was taken as the charger was going into one of those over-current protection shutdowns when the load was increased to ~3.6A. Immediately after this capture, the VBUS_OUT voltage drops to 0V.*

Preliminary – Subject to Change

6

| Claim 1 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800** |
|---|---|

a **(PCC) power converter controller configured to receive** a **(S) signal** from said **(LD) load** indicating a **(OP) system operational state** of said **(LD) load** and



IC22 works in conjunction with IC21 and IC01.

| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS. | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | V_CC | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect. |
| 5 | V_BUS | Analog Input/ Output | Monitor V_BUS voltage after N-FET switch. |
| 6 | V_BUS_G | Analog Input/ Output | Connect to external N-FET gate pin for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |
| 11 | SD | Analog Input/ Output | Connect to an external NTC resistor to measure the power adapter temperature. |
| 12 | D- | Analog Input/ Output | USB D- signal. |
| 13 | GND | Ground | Ground. |
| 14 | D+ | Analog Input/ Output | USB D+ signal. |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0 30-Mar-2020, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800 |

control an **(IOC) internal operating characteristic** of said **(CON) power converter** as a function of said signal.

**CON**

**iW1791**

**AC/DC Primary-Side Rapid Charge™ PWM Controller with High Resolution Voltage/Current Control**

**IOC**

- Proprietary optimized load adaptive maximum constant frequency PWM switching with quasi-resonant operation achieves best size, efficiency, and common mode noise

**Source:** Dialog Semiconductor iW1791 AC/DC Primary Side Rapid Charge PWM Controller with High Resolution Voltage/Current Control, Product Summary Rev. 1.51 05-OCT-2018

Preliminary – Subject to Change

8

| Claim 5 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800** |
|---|---|

The **(CON) power converter** as recited in claim 1 wherein said **(IOC) internal operating characteristic** is selected from the group consisting of:



| Pin Number DFN-14 | Pin Name | Type | Pin Description |
|---|---|---|---|
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | $V_{CC}$ | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect. |
| 5 | $V_{BUS}$ | Analog Input/ Output | Monitor $V_{BUS}$ voltage after N-FET switch. |
| 6 | $V_{BUS\_G}$ | Analog Input/ Output | Connect to external N-FET gate pin for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0

| Claim 5 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA800** |
| --- | --- |

a gate drive voltage level of said power switch of said power converter, a switching frequency of said power converter, and an **(VBUS) internal direct current bus voltage** of said **(CON) power converter**.



| Pin Number DFN-14 | Pin Name | Type | Pin Description |
| --- | --- | --- | --- |
| 1 | DIS | Analog Output | Discharging circuit. Used for fast discharging of output capacitor. |
| 2 | DRV | Analog Output | External circuit drive. Can be used to drive optocoupler LED with automatic current limiting for transmitting signals to primary side. |
| 3 | $V_{CC}$ | Power Supply | IC power supply. |
| 4 | DET | Analog Input | AC unplug detect. |
| 5 | $V_{BUS}$ | Analog Input/ Output | Monitor $V_{BUS}$ voltage after N-FET switch.    **VBUS** |
| 6 | $V_{BUS\_G}$ | Analog Input/ Output | Connect to external N-FET gate pin for gate-source voltage control. |
| 7 | CC2 | Analog Input/ Output | Configuration Channel 2. |
| 8 | CC1 | Analog Input/ Output | Configuration Channel 1. |
| 9 | IS- | Analog Input | Output current sensing terminal - (for current sensing resistor). |
| 10 | IS+ | Analog Input | Output current sensing terminal + (for current sensing resistor). |

**Source:** Dialog Semiconductor iW657P USB Power Delivery 3.0 Controller with Integrated Current Sense Supports Qualcomm Quick Charge 4+, Product Summary Rev. 1.0

Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845

---

**Claim 1**

A **(CON) power converter** coupled to a **(LD) load**, comprising:

a **(PS) power switch configured to conduct for** a **(DC) duty cycle** to provide an **(OC) output characteristic** at an **(OUT) output**; and

a **(PCC) power converter controller configured to receive** a **(S) signal** from said **(LD) load** indicating a **(OP) system operational state** of said **(LD) load** and

control an **(IOC) internal operating characteristic** of said **(CON) power converter** as a function of said **(S) signal**.

---

| Claim 1 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845** |
|---|---|

A **(CON) power converter** *coupled to* a **(LD) load**, comprising:



| Claim 1 | | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845** |

a **(PS) power switch configured to conduct for** a duty cycle to provide an **(OC) output characteristic** at an **(OUT) output**; and



### 4.5    Configuration Channel (CC)

#### 4.5.1    Architectural Overview

For the USB Type-C solution, two pins on the connector, CC1 and CC2, are used to establish and manage the Source-to-Sink connection.  When the device is connected through a hub, the connection between a Sink (UFP) on the hub and the Source (host port) and the connection between the Sink (device port) and a Source (DFP on the hub), are treated as separate connections.  Functionally, the configuration channel is used to serve the following purposes.

- Detect attach of USB ports, e.g. a Source to a Sink
- Resolve cable orientation and twist connections to establish USB data bus routing
- Establish data roles between two attached ports **OC**
- Discover and configure VBUS: USB Type-C Current modes or *USB Power Delivery*

**Source:** https://usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845** |

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at output; and



Claim 1

**Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845**

a power switch configured to conduct for a **(DC) duty cycle** to provide an **(OC) output characteristic** at an output; and



| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845 |
|---|---|

a **(PCC) power converter controller configured to receive** a **(S) signal** from said **(LD) load** indicating a **(OP) system operational state** of said **(LD) load** and



**Highly Integrated, Compact Footprint**
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 1 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung EP-TA845 |
|---|---|

control an **(IOC) internal operating characteristic** of said **(CON) power converter** as a function of said signal.



**IOC**

**Highly Integrated, Compact Footprint**
- Multi-mode Quasi-Resonant (QR) / DCM / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectifier driver
- Optimized efficiency across line and load range
- Integrated FluxLink™, HIPOT-isolated, feedback link
- Instantaneous transient response
- Drives low-cost N-channel FET series load switch
- Integrated 3.6 V supply for external MCU

**Source**: InnoSwitch3-Pro Family, Rev. M 8/20, Note: The citation pertains to only the document excerpt not the schematics or other data.

Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101

---

**Claim 16**

A method of operating a **(SYS) power system**, comprising:

enabling operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof;

providing a **(S) signal to identify operation** of said **(PRO) processor system** in said **(DRN) state of power drain**;

sensing a **(PL) power level of said state of power drain** in response to said **(S) signal**; and

controlling an **(IOC) internal operating characteristic** of a **(PC) power converter** as a function of said **(PL) power level**.

---

| Claim 16 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101 |
|---|---|

A method of operating a **(SYS) power system**, comprising:



| Claim 16 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101** |

enabling operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof;

**PRO**

**4.5.2.2 Connection State Machine Requirements**

Entry into any unattached state when "directed from any state" shall not be used to override tDRP toggle.

A DRP or a Sink may consume default power from VBUS in any state where it is not required to provide VBUS.

The following two tables define the electrical states for a CC pin in both a Source and a Sink. Every port has CC1 and CC2 pins, each with its own individual CC pin state. The combination of a port's CC1 and CC2 pin states are be used to define the conditions under which a port transitions from one state to another.

**Table 4-14  Source Port CC Pin State**

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rp |
|---|---|---|
| SRC.Open | Open, Rp | Above vOPEN |
| SRC.Rd | Rd | Within the vRd range (i.e., between minimum vRd and maximum vRd) |
| SRC.Ra | Ra | Below maximum vRa |

**Table 4-15  Sink Port CC Pin State**

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rd |
|---|---|---|
| SNK.Rp | Rp | Above minimum vRd-Connect |
| SNK.Open | Open, Ra, Rd | Below maximum vRa |

| Sink | Port asserting Rd on CC and when attached is consuming power from VCONN; most commonly a Device. |



**Figure 4-7  Source Functional Model for CC1 and CC2**

**DRN**

Referring to Figure 4-7, a port that behaves as a Source has the following functional characteristics:

1. The Source uses a FET to enable/disable power delivery across VBUS and initially the Source has VBUS disabled.
2. The Source supplies pull-up resistors (Rp) on CC1 and CC2 and monitors both to detect a Sink. The presence of an Rd pull-down resistor on either pin indicates that a Sink is being attached. The value of Rp indicates the initial USB Type-C Current level supported by the host.
3. The Source uses the CC pin pull-down characteristic to detect and establish the correct routing for the SuperSpeed USB data path and determine which CC pin is intended for supplying VCONN.
4. Once a Sink is detected, the Source enables VBUS and VCONN.
5. The Source can dynamically adjust the value of Rp to indicate a change in available USB Type-C Current to a Sink.

The source functional model detects CC1/CC2 and dynamically adjusts the current, voltage x current is the state of power drain.

**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101 |

enabling operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof;



**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101** |
|---|---|

enabling operation of components of a **(PRO) processor system** to establish a **(DRN) state of power drain** thereof;



**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101 |
|---|---|

providing a **(S) signal to identify operation** of said **(PRO) processor system** in said **(DRN) state of power drain**;



**Table 3-5  USB Type-C Receptacle Interface Pin Assignments for USB 2.0-only Support**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | | | | B11 | | | |
| A3 | | | | B10 | | | |
| A4 | VBUS | Bus Power | First | B9 | VBUS | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the USB 2.0 differential pair - Position 1 | Second | B7 | Dn2 | Negative half of the USB 2.0 differential pair - Position 2 | Second |
| A7 | Dn1 | Negative half of the USB 2.0 differential pair - Position 1 | Second | B6 | Dp2 | Positive half of the USB 2.0 differential pair - Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | VBUS | Bus Power | First | B4 | VBUS | Bus Power | First |
| A10 | | | | B3 | | | |
| A11 | | | | B2 | | | |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

**Table 4-10  Source Perspective**

| CC1 | CC2 | State | Position |
|---|---|---|---|
| Open | Open | Nothing attached | N/A |
| Rd | Open | Sink attached | ① |
| Open | Rd | | ② |
| Open | Ra | Powered cable without sink attached | ① |
| Ra | Open | | ② |
| Rd | Ra | Powered cable with Sink, VCONN-Powered Accessory (VPA), or VCONN-Powered USB Device (VPD) attached | ① |
| Ra | Rd | | ② |
| Rd | Rd | Debug Accessory Mode attached (Appendix B) | N/A |
| Ra | Ra | Audio Adapter Accessory Mode attached (Appendix A) | N/A |

Referring to Figure 4-7, a port that behaves as a Source has the following functional characteristics:

1. The Source uses a FET to enable/disable power delivery across VBUS and initially the Source has VBUS disabled.

2. The Source supplies pull-up resistors (Rp) on CC1 and CC2 and monitors both to detect a Sink. The presence of an Rd pull-down resistor on either pin indicates that a Sink is being attached. The value of Rp indicates the initial USB Type-C Current level supported by the host.

3. The Source uses the CC pin pull-down characteristic to detect and establish the correct routing for the SuperSpeed USB data path and determine which CC pin is intended for supplying VCONN.

4. Once a Sink is detected, the Source enables VBUS and VCONN.

5. The Source can dynamically adjust the value of Rp to indicate a change in available USB Type-C Current to a Sink.

**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101 |
|---|---|

providing a **(S) signal to identify operation** of said **(PRO) processor system** in said **(DRN) state of power drain**;

**PRO**

**4.5.2.2 Connection State Machine Requirements**

Entry into any unattached state when "directed from any state" shall not be used to override tDRP toggle.

**S**

A DRP or a Sink may consume default power from VBUS in any state where it is not required to provide VBUS.

The following two tables define the electrical states for a CC pin in both a Source and a Sink. Every port has CC1 and CC2 pins, each with its own individual CC pin state. The combination of a port's CC1 and CC2 pin states are used to define the conditions under which a port transitions from one state to another.

**Table 4-14  Source Port CC Pin State**

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rp |
|---|---|---|
| SRC.Open | Open, Rp | Above vOPEN |
| SRC.Rd | Rd | Within the vRd range (i.e., between minimum vRd and maximum vRd) |
| SRC.Ra | Ra | Below maximum vRa |

**Table 4-15  Sink Port CC Pin State**

| CC Pin State | Port partner CC Termination | Voltage Detected on CC when port asserts Rd |
|---|---|---|
| SNK.Rp | Rp | Above minimum vRd-Connect |
| SNK.Open | Open, Ra, Rd | Below maximum vRa |

| Sink | Port asserting Rd on CC and when attached is consuming power from VBUS; most commonly a Device. |
|---|---|



**Figure 4-7  Source Functional Model for CC1 and CC2**

**DRN**   **S**

Referring to Figure 4-7, a port that behaves as a Source has the following functional characteristics:

1. The Source uses a FET to enable/disable power delivery across VBUS and initially the Source has VBUS disabled.
2. The Source supplies pull-up resistors (Rp) on CC1 and CC2 and monitors both to detect a Sink. The presence of an Rd pull-down resistor on either pin indicates that a Sink is being attached. The value of Rp indicates the initial USB Type-C Current level supported by the host.
3. The Source uses the CC pin pull-down characteristic to detect and establish the correct routing for the SuperSpeed USB data path and determine which CC pin is intended for routing Vconn.
4. Once a Sink is detected, the Source enables VBUS and Vconn.
5. The Source can dynamically adjust the value of Rp to indicate a change in available USB Type-C Current to a Sink.

The source functional model detects CC1/CC2 and dynamically adjusts the current, voltage x current is the state of power drain.

**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 |
|---|

**Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101**

sensing a **(PL) power level of said state of power drain** in response to said **(S) signal**; and

**Figure 4-7  Source Functional Model for CC1 and CC2**



The Source can dynamically adjust the value of Rp to indicate
a change in available USB Type-C Current to a Sink.

**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101** |

sensing a **(PL) power level of said state of power drain** in response to said **(S) signal**; and



**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| USB 2.0 | 5 V | See USB 2.0 | |
| USB 3.2 | 5 V | See USB 3.2 | |
| USB4 | 5 V | 1.5 A | See Section 5.3. |
| USB BC 1.2 | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| USB PD | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

Figure 4-36 illustrates how the USB PD BMC signaling is carried over the USB Type-C cable's CC wire.

**Figure 4-36  USB PD over CC Pins**

**Table 4-11  Source (Host) and Sink (Device) Behaviors by State**

| State | Source Behavior | Sink Behavior |
|---|---|---|
| Nothing attached | • Sense CC pins for attach<br>• Do not apply Vbus or Vconn | • Sense Vbus for attach |
| Sink attached | • Sense CC for orientation<br>• Sense CC for detach<br>• Apply Vbus and Vconn | • Sense CC pins for orientation<br>• Sense loss of Vbus for detach |
| Powered cable without Sink attached | • Sense CC pins for attach<br>• Do not apply Vbus or Vconn | • Sense Vbus for attach |
| Powered cable with Sink, Vconn-Powered Accessory, or Vconn-Powered USB Device attached | • Sense CC for orientation<br>• Sense CC for detach<br>• Apply Vbus and Vconn<br>• Detect VPD and remove Vbus | • If accessories or VPDs are supported, see Source Behavior with exception that Vbus is not applied., otherwise, N/A. |
| Debug Accessory Mode attached | • Sense CC pins for detach<br>• Reconfigure for debug | • Sense Vbus for detach<br>• Reconfigure for debug |
| Audio Adapter Accessory Mode attached | • Sense CC pins for detach<br>• Reconfigure for analog audio | • If accessories are supported, see Source Behavior, otherwise, N/A |

**Table 4-17  Precedence of power source usage**

| Precedence | Mode of Operation | | Nominal Voltage | Maximum Current |
|---|---|---|---|---|
| Highest | USB PD | | Configurable | 5 A |
| ↓ | USB Type-C Current @ 3.0 A | | 5 V | 3.0 A |
| | USB Type-C Current @ 1.5 A | | 5 V | 1.5 A |
| | USB BC 1.2 | | 5 V | Up to 1.5 A[1] |
| Lowest | Default USB Power | USB 3.2 | 5 V | See USB 3.2 |
| | | USB 2.0 | 5 V | See USB 2.0 |

**Source:** Universal Serial Bus Type-C Cable and Connector Specification, Release 2.0, August 2019; Note: The citation pertains to only the document excerpt not the schematics or other data.

| Claim 16 | Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101 |
|---|---|

controlling an **(IOC) internal operating characteristic** of a **(PC) power converter** as a function of said **(PL) power level**.



| Claim 16 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101** |
|---|---|

controlling an **(IOC) internal operating characteristic** of a **(PC) power converter** as a function of said **(PL) power level**.



| Claim 16 | **Exhibit H - U.S. Patent No. 8,477,514 – Samsung S2MM101** |

controlling an **(IOC) internal operating characteristic** of a **(PC) power converter** as a function of said **(PL) power level**.

