IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MYPAQ HOLDINGS LTD., | CIVIL ACTION NO. 6:21-CV-398-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | |
| Defendants. | |
| MYPAQ HOLDINGS LTD., | CIVIL ACTION NO. 6:21-CV-933-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| DELL TECHNOLOGIES, INC. and DELL INC. | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41**

WHEREAS on December 13, 2021, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung") filed a petition for *inter partes* review on each of U.S. Patent Nos. 7,403,399 and 7,978,489;

WHEREAS on December 14, 2021, Samsung and Defendants Dell Technologies Inc. and Dell Inc. (collectively, "Dell") filed a petition for *inter partes* review on each of U.S. Patent Nos. 7,675,759 and 8,477,514;

WHEREAS on May 23, 2022, the Patent Trial and Appeal Board instituted *inter partes* review on all four petitions—IPR2022-00307, IPR2022-00308, IPR2022-00311, and IPR2022-00312 ("the IPRs")—which IPRs collectively addressed the patentability of all claims asserted in the above-captioned cases;

WHEREAS on May 15, 2023, the Patent Trial and Appeal Board issued Final Written Decisions finding the challenged claims in IPR2022-00307 and IPR2022-00308 unpatentable;

WHEREAS on May 17, 2023, the Patent Trial and Appeal Board issued Final Written Decisions finding the challenged claims in IPR2022-00311 and IPR2022-00312 unpatentable;

WHEREAS Plaintiff MyPAQ Holdings Ltd. ("MyPAQ") timely appealed the Final Written Decisions in IPR2022-00307, IPR2022-00311, and IPR2022-00312;

WHEREAS on December 4, 2024, the United States Court of Appeals for the Federal Circuit issued an order affirming the Patent Trial and Appeal Board's Final Written Decision in IPR2022-00307;

WHEREAS on April 24, 2025, the United States Court of Appeals for the Federal Circuit issued a written opinion affirming the Patent Trial and Appeal Board's Final Written Decisions in IPR2022-00311 and IPR2022-00312;

IT IS HEREBY STIPULATED by MyPAQ, Samsung, and Dell that the above-captioned cases shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 5, 2025

/s/ *Scott T. Glass*
Charles Ainsworth (Texas 00783521)
Robert Christopher Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

Michael W. Shore (Texas 18294915)
THE SHORE FIRM
5646 Milton Street, Suite 423
Dallas, Texas 75206
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorefirm.com

Brian D. Melton (Texas 24010620)
Krisina J. Zuñiga (Texas 24098664)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
kzuniga@susmangodfrey.com

Steven M. Shepard (New York 5291232)
Scott T. Glass (Texas 24121287, New York 6122956)
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, New York 10001
Tel: (212) 336-8330
Fax: (212) 336-8340
sshepard@susmangodfrey.com
sglass@susmangodfrey.com

**COUNSEL FOR PLAINTIFF MYPAQ HOLDINGS LTD.**

Respectfully submitted,

/s/ *Neil P. Sirota*
Melissa Smith (Texas 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

James Travis Underwood (Texas 24102587)
travis@gillamsmithlaw.com
GILLAM & SMITH L.L.P.
102 N. College, Suite 800
Tyler, Texas 75702
Tel: (903) 934-8450
Fax: (903) 934-9257

Neil P. Sirota (admitted *pro hac vice*)
neil.sirota@bakerbotts.com
Robert L. Maier (admitted *pro hac vice*)
robert.maier@bakerbotts.com
Frank Zhu (admitted *pro hac vice*)
frank.zhu@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,**

/s/ *Mark Speegle*
Kevin J. Meek (Texas 13899600)
MCDERMOTT, WILL & EMERY LLP
300 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2579
kevin.meek@mwe.com

Mark Speegle (Texas 24117198)
Mark.speegle@bakerbotts.com

>BAKER BOTTS L.L.P.
>401 South 1st Street, Suite 1300
>Austin, Texas 78704-1296
>Tel: (512) 322-2500
>Fax: (512) 322-2501
>
>Thomas A. Brown
>DELL TECHNOLOGIES INC.
>176 South Street Hopkinton, MA 01748
>Telephone: (617) 797-0631
>Facsimile: (508) 293-7189
>tom.brown@dell.com
>
>Barry K. Shelton (Texas 24055029)
>bshelton@ sheltoncoburn.com
>SHELTON COBURN LLP
>311 RR 620 S, Ste. 205
>Austin, Texas 78734
>Tel: (512) 263-2165
>Fax: (512) 263-2166
>
>**COUNSEL FOR DEFENDANTS DELL TECHNOLOGIES, INC. and DELL INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, June 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Scott T. Glass*
SUSMAN GODFREY LLP
Counsel for Plaintiff